IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL M. HARRISON,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    CIVIL ACTION NO. 1:23-00052-JB-N<br>) |
| ARTHUR SHAUNATHAN<br>OKYLE WILLIAMS, *et al.*,<br>    Defendants. | )<br>)<br>) |

**JUDGMENT**

In accordance with the order entered on this date adopting the recommendation of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that this civil action is **DISMISSED without prejudice**, and that **JUDGMENT** is accordingly entered in favor of Defendant **Shuanathan Williams/Arthur Shaunathan Okyle Williams**, and against the Plaintiff, **CRYSTAL M. HARRISON**.

**DONE and ORDERED** this 1st day of May, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE